UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PREMERA BLUE CROSS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHANGE HEALTHCARE, INC.;<br>UNITEDHEALTH GROUP, INC.;<br>OPTUM, INC.,<br>　　　　　Defendants. | CASE NO. 2:25-cv-00497-JNW<br><br>ORDER TO SHOW CAUSE |

　　　　This matter comes before the Court on Plaintiff Premera Blue Cross's ("Premera") Unopposed Motion to File Under Seal Portion of Complaint and Exhibit A of Complaint. Dkt. No. 7.

　　　　To overcome the strong presumption of public access to court records, a motion to seal must satisfy the procedural requirements set forth in LCR 5(g)(3)(A) and the substantive requirements rooted in LCR 5(g)(3)(B) and Ninth Circuit case law. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–83 (9th Cir. 2006). Premera's motion fails on both fronts. It includes no meet-and-confer certification and is thus procedurally defective, and its assertions of harm are merely conclusory, therefore failing on the merits. *See* Dkt. No. 7 at 2.

ORDER TO SHOW CAUSE - 1

Rather than denying, the Court RESERVES decision on the motion, Dkt. No. 7, and ORDERS the parties to show cause, within fourteen (14) days of this Order, why the Court should maintain the unredacted complaint and exhibits at Dkt. No. 1-1 under seal. The parties may respond via stipulation or individually. The Clerk is DIRECTED to maintain the materials at issue under seal pending resolution of this motion.

It is so ORDERED.

Dated this 21st day of April.

Jamal N. Whitehead
United States District Judge

ORDER TO SHOW CAUSE - 2